IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ANTONIO JACKSON, : | |
| Petitioner : | |
| v. : | CASE NO. 7:05-CV-100 (HL) |
| GEORGIA BOARD OF PARDONS AND PAROLES, : | |
| Respondent : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc.7) filed May 5, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the petitioner to the Magistrate Judge's Recommendation within the time allotted.

**SO ORDERED,** this the 23rd day of June, 2006.

                                            **s/ Hugh Lawson**
                                            **HUGH LAWSON, Judge**
                                            **United States District Court**